SPECIAL CONDITIONS OF RELEASE
Name: Matthew Ortega
Docket No.: 2-12-MJ-125 GGH
Date: May 23, 2012

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall not associate or have any contact with any co-defendants, except your family members, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

13. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or other location verification system;

**Curfew:** You are restricted to your residence every day as directed by Pretrial Services.

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;