| | |
|---|---|
| 1 | **DINA L. SANTOS** |
| | A Professional Law Corporation |
| 2 | State Bar No. 204200 |
| | 428 J Street, Suite 359 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 447-0160 |
| 4 | Facsimile: (916) 447-2988 |

**FILED**

JAN 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorney for defendant:
Matt Ortega

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRS 12-198 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITION |
| **Matt Ortega** | |
| Defendant | |

   The defendant, MATT ORTEGA, by and through his Counsel, Dina L. Santos; and Counsel for the Government, Michael Anderson, stipulate that Condition number 13 of The Special Conditions of Release requiring that Mr. Ortega be subject to a curfew and electronic monitoring be deleted. Pretrial Services has been informed of this stipulation and is in agreement with the request.

   It is further stipulated that Mr. Anderson has authorized Ms. Santos to sign this stipulation on his behalf.

Dated: January 15, 2013

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for
MATT ORTEGA

Dated: January 15, 2013

/s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney

**ORDER**

It is so ordered.

Dated: January _18_, 2013

Dale A. Drozd
United States Magistrate Judge